**Douglas FREULER, derivatively on behalf of Parker Drilling Company, Plaintiff–Appellant**

v.

**Robert L. PARKER, Jr.; Robert L. Parker; John W. Gibson; Roger B. Plank; R. Rudolph Reinfrank; Robert E. McKee, III; George J. Donnelly; Robert W. Goldman; Gary R. King; David C. Mannon; James W. Whalen; W. Kirk Brassfield; Lynn G. Cullom; Parker Drilling Company, a Delaware Corporation, Defendants–Appellees.**

---

No. 12–20260.

United States Court of Appeals, Fifth Circuit.

March 11, 2013.

Albert Y. Chang, Esq., Bottini & Bottini, Incorporated, La Jolla, CA, Daniel W. Jackson, Emmons & Jackson, P.C., Houston, TX, for Plaintiff–Appellant.

Philip Harlan Hilder, Hilder & Associates, P.C., Gerard G. Pecht, Esq., Fulbright & Jaworski, L.L.P., N. Scott Fletcher, Senior Attorney, Jones Day, John A. Irvine, Esq., Porter & Hedges, L.L.P., Samuel Wollin Cooper, Stephenie Joy Dowdle, Amy Pharr Hefley, Amy Pharr Hefley, Baker Botts, L.L.P., Houston, TX, Peter Andrew Stokes, Fulbright & Jaworski L.L.P., Austin, TX, for Defendants–Appellees.

Before JONES, BARKSDALE, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.